FILED
APR 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Robert Estrada MONTOYA,<br>Defendant. | Magistrate Case No.: '08 MJ 8294<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about April 3, 2008, within the Southern District of California, defendant Robert Estrada MONTOYA did knowingly and intentionally import approximately 4.14 kilograms (9.11 pounds) of cocaine, a schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Chad N. Worgen
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 4th DAY OF APRIL, 2008.

Peter C. Lewis
U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Robert Estrada MONTOYA

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Chad N. Worgen

On April 3, 2008, at approximately 0930 hours, Customs and Border Protection Officer (CBPO) J. Bejarano was conducing primary inspectional duties at the Calexico, California West Port of Entry when Robert Estrada MONTOYA applied for entry on his lane driving a white colored 1998 Lexus SC400 with no license plate number. MONTOYA was the sole occupant and registered owner of the vehicle.

CBPO Bejarano received a negative oral Customs declaration from MONTOYA. MONTOYA presented a valid California driver's license and birth certificate. CBPO Bejarano observed MONTOYA was nervous by his hands shaking as he presented his documents, and MONTOYA was referred to vehicle secondary for an intensive inspection.

CBPO F. Lopez was conducting secondary inspectional duties when he observed MONTOYA driving a white colored Lexus with no license plates into the lot. CBPO Lopez approached MONTOYA and received a negative oral Customs declaration. During questioning, CBPO Lopez observed MONTOYA was avoiding eye contact. CBPO Lopez requested Canine Enforcement Officer (CEO) K. Caldera to screen the vehicle with his Narcotics Human Detector Dog (NHDD).

CEO Caldera informed CBPO Lopez that his NHDD had alerted to the engine compartment of the vehicle. CBPO Lopez escorted MONTOYA to the vehicle secondary office for a pat down that was negative.

MONTOYA was authorized to sit on a bench located in the vehicle secondary office to await the outcome of his vehicle inspection. As CBPS M. Sather was entering the vehicle secondary office, MONTOYA charged CBPS Sather and absconded through the open door. CBPO A. Gordon witnessed MONTOYA flee south on foot into Mexicali, Mexico.

CBPO Lopez returned to the vehicle. Upon further inspection, CBPO Lopez discovered a specially built compartment located in the intake manifold. CBPO Lopez opened the compartment and discovered brown taped packages within.

CBPO Lopez removed one of the packages from the compartment. CBPO Lopez probed the package, and it produced a white powdery substance that field tested positive for cocaine. A total of 4 packages of cocaine were removed from the compartment. The total weight of the packages was 4.14 kilograms (9.11 pounds).

MONTOYA was positively identified by his California driver license and California birth certificate by CBPO Supervisor Slather. Special Agent Worgen conducted a driver's license query. Special Agent Worgen verified the driver's license presented by MONTOYA is a valid operating California driver's license. During a pat down search, MONTOYA had also given his name, date of birth, and social security number to CBPO Supervisor Slather.

At this time, Robert Estrada MONTOYA remains at large.